TRUSTEES OF MIDDLETOWN ACADEMY *vs.* ROBERT A. COCHRAN, ET AL.

*Execution— Venditioni Exponas— Practice—Dollarage—Sheriff.*

Where a *fi. fa.* has been levied and returned stayed, thirty days not having elapsed before said return, and where a *venditioni exponas* is subsequently issued to the same sheriff and the case is settled before and without sale, more than thirty days having elapsed from the time the *fi. fa.* had come into the Sheriff's hands and levy made, he is entitled to dollarage.

(*December 15, 1900.*)

LORE. C. J., and SPRUANCE and GRUBB, J. J., sitting.

*John H. Rodney* for plaintiff.

*William S. Hilles* for the Sheriff.

Superior Court, New Castle County, November Term, 1900.

*Venditioni Exponas* (No. 2, February Term, 1901).

The following facts were admitted by the respective counsel: That the *fieri facias* went into the hands of the Sheriff on the third of November, and levy was made on the same day ; that Court met on November 26, and the *fieri facias* was returnable on that day, to which the sheriff's return was, "Levied on the within named goods and chattels as per inventory and appraisement annexed and stayed by order of the plaintiff's attorney." That afterwards, on the thirtieth day of November, A. D. 1900, a *venditioni exponas* was issued, being number 2 to the February Term, 1901. That after thirty days had expired from the date of the levy, a settlement was made amicably.

*Query*—Is the sheriff entitled to dollarage on the levy, under the statute (*Rev. Code, 895*) which provides that where a sheriff

makes a levy and there is a settlement after the expiration of thirty days, he is entitled to dollarage?

Upon these facts, the Court held that it made no difference whether it was a *fieri facias* or a *venditioni exponas,* but that upon a writ in the sheriff's hands in the same transaction, when the settlement was made after the expiration of thirty days from the date of the levy, he was entitled to his dollarage.